United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40558
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ABELARDO SOSA,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-01-CR-705-2
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Gary L. Henrichson, court-appointed counsel for Abelardo
Sosa, has filed a motion to withdraw as counsel and a brief in
accordance with Anders v. California, 386 U.S. 738 (1967).
Sosa has not filed a response. Our independent review of the
record and counsel's brief discloses no nonfrivolous issue.
Accordingly, counsel's motion to withdraw is GRANTED, counsel
is excused from further responsibilities, and the APPEAL IS
DISMISSED. See 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.